### In re J. Fife SYMINGTON, III, Debtor.

### Bankruptcy No. 96–504–JS.

United States Bankruptcy Court,
D. Maryland.

Aug. 1, 1997.

### ORDER

For the reasons stated on the record today, it is

ORDERED that

1.  Mr. Washburne's motion to stay is denied;

2.  Mr. Washburne is ordered to produce to intervenors the Privileged Document Log and Identification of Individuals Named (collectively, the "Privilege Log"); and

3.  This appeal is dismissed pursuant to the representation made by Mr. Washburne's counsel at the conclusion of today's hearing.